MEMORANDUM OPINION




No. 04-04-00400-CV



IN RE Heydar "Shaun" KHALEDI



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Paul W. Green, Justice

 Karen Angelini, Justice

 Phylis J. Speedlin, Justice


Delivered and Filed: June 23, 2004


PETITION FOR WRIT OF MANDAMUS DENIED


 On June 9, 2004, relator Heydar "Shaun" Khaledi filed a petition for writ of
mandamus, alleging the trial court abused its discretion by entering an order overruling
objections and privileges to discovery and assessing sanctions against relator for discovery
abuse. This court has determined that the relator is not entitled to the relief sought.
Accordingly, relator's petition for writ of mandamus is denied. See Tex. R. App. P. 52.8(a).
Relator shall pay all costs incurred in this proceeding.

 PER CURIAM
1. This proceeding arises out of Cause No. 2002-CVF-000091-D4, styled H. K. Global
Trading, Ltd., HAR Properties, Ltd., Abdol Rasoul ("Ross") Khaledi, and Abbas ("Shahram")
Khaledi v. Heydar ("Shaun") Khaledi, pending in the 406th Judicial District Court, Webb
County, the Honorable Andres Reyes presiding.